USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA IVELISSE HERNANDEZ USERA,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21-CV-6981 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed a request to proceed *in forma pauperis*, *see* Dkt. 3; and

    WHEREAS Plaintiff is represented by counsel,

    IT IS HEREBY ORDERED that Plaintiff's request is GRANTED. Leave to proceed in this Court without prepayment of fees is authorized. Should this action lead to a monetary settlement or award in an amount equal to or greater than the filing fee, however, Plaintiffs must reimburse the $400.00 filing fee to the Clerk of Court within 15 days of the receipt of the settlement or award. *See* 28 U.S.C. § 1915.

**SO ORDERED.**

**Date:  August 25, 2021**
**New York, New York**

                    _____
                    **VALERIE CAPRONI**
                    **United States District Judge**